BEFORE THE THIRD DIVISION, MARCH 21, 1960

No. 63986.—D. Costalos, Inc. v. United States, protest 58/19783 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of chewing gum similar in all material respects to that the subject of *Fred L. Strauss* v. *United States* (43 Cust. Ct. 136, C.D. 2117), the claim of the plaintiff was sustained.